United States Courts
Southern District of Texas
FILED
*September 02, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**PERRY BERNARD GREEN**

Defendant.

**Case No. 4:26-cr-585**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Title 18, United States Code, Sections 1201(a)–**
**Kidnapping**

On or about May 11, 2026, in the Houston Division of the Southern District of Texas,

**PERRY BERNARD GREEN**

defendant herein, did unlawfully seize, confine, and kidnap and hold for some ransom, reward, and otherwise, to wit: to obtain United States Currency, a 2019 Chevrolet Trax, and other personal property of Victim 1, and in committing or in furtherance of the commission of the offense used a motor vehicle, a Cuisinart knife, and the MetroRail, a means, facility, and instrumentality of interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1201(a).

**COUNT TWO**
**Title 18, United States Code, Sections 2119(2)–**
**Attempted Carjacking**

On or about May 11, 2026, in the Houston Division of the Southern District of Texas,

**PERRY BERNARD GREEN**

defendant herein, with intent to cause death and serious bodily harm, did attempt to take a motor vehicle, namely, a 2019 Chevrolet Trax, that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, Victim 1, whose identity is known to the Grand Jury, by force and violence and by intimidation, resulting in serious bodily injury.

In violation of Title 18, United States Code, Section 2119(2).

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE

______________________________
**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

**BY:** ______________________________
**Andrew C. Sand**
**Assistant United States Attorney**