USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION — No. **4:26-cr-585**

USAO#: 2026R08609
MAG NO.

United States Courts
Southern District of Texas
FILED

CRIMINAL INDICTMENT

Filed: ***September 02, 2026*** Judge: **Rosenthal**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| AARON F. REITZ, USA | (713) 567-9000 |
| ANDREW C. SAND, AUSA | (713) 567-9000 |

| | | Appt'd | Private |
|---|---|---|---|
| Perry Bernard Green | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Kidnapping [18 U.S.C. § 1201(a)]
Ct. 2: Attempted Carjacking [18 U.S.C. § 2119(2)]

Charges Total Counts (2)

**PENALTY:**
Ct. 1: Life Imprisonment, NMT $250,000 Fine, NMT 5 years SRT, $100 SA
Ct. 2: NMT 25 years Imprisonment, NMT $250,000 Fine, NMT 5 years SRT, $100 SA

☑ In Jail — Perry Bernard Green – Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |